IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JORDAN HIDALGO, )
 )
    Plaintiff, )
v. ) Civil Action No. 3:16CV722–HEH
 )
OFC. BUNTING, *et al.*, )
 )
    Defendants. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on September 19, 2016, the Court conditionally docketed Plaintiff's action. On September 26, 2016, United States Postal Service returned the September 19, 2016 Memorandum Order to the Court marked, "NOT HERE RETURN TO SENDER." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                              /s/
                                 HENRY E. HUDSON
Date: Oct. 20 2016           UNITED STATES DISTRICT JUDGE
Richmond, Virginia